HEATHER E. WILLIAMS, SBN #122664
Federal Defender
NOA E. OREN, SBN #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
Noa_Oren@fd.org

Attorneys for Defendant
RICHARD TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00238-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| RICHARD TURNER, | Date: February 14, 2023 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Alstyn Bennett, Assistant United States Attorney and attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, that the status conference for February 14, 2023 be continued to April 11, 2023 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with Mr. Turner.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of the parties stipulation through and including April 11, 2023; pursuant to 18 U.S.C.§3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting

-1-

1  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

2

3                                                                  Respectfully submitted,

4

5  DATED: February 1, 2023                     HEATHER E. WILLIAMS
                                                                   Federal Defender
6

7                                                                  */s/ Noa E. Oren*
                                                                   NOA E. OREN
8                                                                  Assistant Federal Defender
                                                                   Attorney for Defendant
9                                                                  RICHARD TURNER

10 DATED:  February 1, 2023                    PHILLIP TALBERT
                                                                   United States Attorney
11

12                                                                 */s/ Alstyn Bennett*
                                                                   ALSTYN BENNETT
13                                                                 Assistant United States Attorney
                                                                   Attorney for Plaintiff
14

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference scheduled for February 14, 2023 be continued to April 11, 2023 at 9:30 a.m. The Court orders the time from the date of the parties' stipulation, up to and including April 11, 2023, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated:   **February 2, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

-3-