HEATHER E. WILLIAMS, #122664
Federal Defender
Noa E. Oren, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
RICHARD TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD TURNER, <br><br> Defendant. | Case No. 2:22-cr-00238-DAD <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** <br><br> Date: April 11, 2023 <br> Time: 9:30 a.m. <br> Judge: Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Alstyn Bennett, Assistant United States Attorney and attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, that the status conference for April 11, 2023, be continued to June 27, 2023, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with Mr. Turner and investigate avenues for mitigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of the parties stipulation through and including June 27, 2023; pursuant to 18 U.S.C.§3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

-1-

Dated: April 3, 2023

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant
RICHARD TURNER

Dated: April 3, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Alstyn Bennett*
ALSTYN BENNETT
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference scheduled for April 11, 2023, be continued to June 27, 2023, at 9:30 a.m. The Court orders the time from the date of the parties' stipulation, up to and including June 27, 2023, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: **April 3, 2023**

_____
UNITED STATES DISTRICT JUDGE