PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD CLIFTON TURNER,<br><br>Defendant. | CASE NO. 2:22-CR-00238-DAD<br><br>STIPULATION REGARDING VACATING STATUS CONFERENCE AND SETTING CHANGE OF PLEA; FINDINGS AND ORDER<br><br>DATE: September 26, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 26, 2023.

2. Since the last hearing date, defendant has accepted a plea agreement.

///

///

///

3. By this stipulation, the parties now move to vacate the status conference and set for change of plea on September 26, 2023, at 9:30 a.m. Time was previously excluded under Local Code T4 until that date.

IT IS SO STIPULATED.

Dated: September 19, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALSTYN BENNETT
ALSTYN BENNETT
Assistant United States Attorney

Dated: September 19, 2023

/s/ NOA E. OREN
NOA E. OREN
Counsel for Defendant
RICHARD CLIFTON TURNER

**ORDER**

IT IS SO ORDERED.

Dated:   **September 19, 2023**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE