HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
RICHARD TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD TURNER<br><br>    Defendant. | Case No.  2:22-cr-00238-DAD<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE<br><br>DATE:  February 6, 2024<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing scheduled for February 6, 2024, at 9:30 a.m. be continued to **April 16, 2024, at 9:30 a.m.**

There is currently no draft presentence report and defense counsel will be out for personal reasons for a few weeks. It is therefore requested that the matter be continued to April 16, 2024, for sentencing and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Draft Presentence Report Due: | March 5, 2024 |
| Informal Objections to Presentence Report Due: | March 19, 2024 |
| Final Presentence Report Due: | March 26, 2024 |
| Formal Objections to Presentence Report Due: | April 2, 2024 |
| Reply or Statement of Non-Opposition Due: | April 9, 2024 |
| Judgment and Sentencing: | April 16, 2024 |

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: January 10, 2024 | /s/ Noa Oren<br>NOA OREN<br>Assistant Federal Defender<br>Attorneys for Defendant<br>RICHARD TURNER |
|  | PHILLIP A. TALBERT<br>Acting United States Attorney |
| DATED: January 10, 2024 | /s/ Alstyn Bennett<br>ALSTYN BENNETT<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

**Pursuant to the stipulation of the parties and good cause appearing,** the sentencing hearing previously set for February 6 2024, is CONTINUED to **April 16, 2024, at 9:30 a.m.** The modified presentence schedule is further adopted as this Court's order.

IT IS SO ORDERED.

Dated: __January 10, 2024__  

DALE A. DROZD
UNITED STATES DISTRICT JUDGE