HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
RICHARD CLIFTON TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   2:22-cr-00238-DAD-1 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE |
| vs. | |
| RICHARD CLIFTON TURNER | DATE:   April 16, 2024 |
| Defendant. | TIME:   9:30 a.m. |
| | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing scheduled for April 16, 2024, at 9:30 a.m. be continued to **September 24, 2024, at 9:30 a.m.**  U.S. Probation Officer Erica Tatum is in agreement with the new schedule.

It is further requested that the PSR schedule be modified, as follows:

| | |
|---|---|
| Draft Presentence Report Due: | August 13, 2024 |
| Informal Objections to Presentence Report Due: | August 27, 2024 |
| Final Presentence Report Due: | September 03, 2024 |
| Formal Objections to Presentence Report Due: | September 10, 2024 |
| Reply or Statement of Non-Opposition Due: | September 17, 2024 |
| Judgment and Sentencing: | September 24, 2024 |

1

Respectfully submitted,

2

3

HEATHER E. WILLIAMS
Federal Defender

4

5

DATED: April 12, 2024

6

7

8

9

10

11

DATED: April 12, 2024

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Noa Oren*
NOA OREN
Assistant Federal Defender
Attorneys for Defendant
RONNIE FLEMING

PHILLIP A. TALBERT
United States Attorney

*/s/ Alstyn Bennett*
ALSTYN BENNETT
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing

hearing previously set for April 16, 2024, is CONTINUED to **September 24, 2024, at 9:30 a.m.**

The proposed modified presentence schedule is further adopted as this Court's order.

IT IS SO ORDERED.

Dated:   **April 12, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE