UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD CLIFTON TURNER,<br><br>Defendant. | Case No.  2:22-cr-00238-DAD<br><br><br>**ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RICHARD CLIFTON TURNER,

Case No.  2:22-cr-00238-DAD, Charge 21 USC § 846, from custody for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $      100,000.00

　　　__X__ Unsecured Appearance Bond $      100,000.00

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): The defendant is ordered temporarily released from the Sacramento County Jail at 9:00 a.m. on April 25, 2024, to the custody of Ms. Renee Pullings, and is further ordered to surrender himself back to the Sacramento County Jail no later than 7:00 p.m. that same day.

Issued at Sacramento, California on April 24, 2024 at 10:35 AM.

By:  _____

Magistrate Judge Jeremy D. Peterson