1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | NOA E. OREN, #297100
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, CA 95814
4 | Telephone: 916-498-5700
Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
RICHARD TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:22-cr-00238-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE |
| vs. | |
| RICHARD TURNER, | DATE:  September 24, 2024
TIME:   9:30 a.m.
JUDGE: Hon. Dale A. Drozd |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing scheduled for September 24, 2024, at 9:30 a.m. be continued to **January 14, 2025, at 9:30 a.m.**

There has not been an interview with probation yet and an extended timeline is necessary to give counsel sufficient time to prepare for sentencing.  It is therefore requested that the matter be continued to January 14, 2025, for sentencing and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Draft Pre-Sentence Report due: | December 10, 2024 |
| Informal Objections due: | December 17, 2024 |
| Final Pre-Sentence Report due: | December 23, 2024 |
| Formal Objections due: | December 30, 2024 |
| Reply/Sentencing Memo due: | January 7, 2025 |
| Judgment and Sentencing date: | January 14, 2025 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: September 17, 2024        */s/ Noa Oren*
NOA OREN
Assistant Federal Defender
Attorneys for Defendant
RICHARD TURNER


PHILLIP A. TALBERT
Acting United States Attorney

DATED: September 17, 2024        */s/ Adrian Kinsella*
ADRIAN KINSELLA
Assistant United States Attorney
Attorney for Plaintiff


## **O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously set for September 24, 2024 is continued to **January 14, 2025, at 9:30 a.m.** The parties' proposed modified presentence schedule is further adopted as this Court's order.

IT IS SO ORDERED.

Dated:   **September 17, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE