PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD CLIFTON TURNER,<br><br>Defendant. | CASE NO. 2:22-CR-00238-DAD<br><br>STIPULATION REGARDING VACATING JUDGMENT AND SENTENCING AND RESETTING PSR SCHEDULE; FINDINGS AND ORDER<br><br>DATE: January 13, 2025,<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Judgment and Sentencing on January 13, 2025,.

2. On December 4, 2024, Probation conducted the presentence report interview of the defendant. A draft PSR is forthcoming.

3. The parties now request to vacate the current sentencing date and reset it for March 10, 2025.

4. The parties further request that the court reset the PSR schedule as follows:

    Draft PSR:                                  January 27, 2025

    Informal objections:                  February 10, 2025

    Final PSR:                                  February 17, 2025

|  | Formal objections: | February 24, 2025 |
|---|---|---|
|  | Reply/Sentencing Memorandum: | March 3, 2025 |

IT IS SO STIPULATED.

Dated: January 10, 2025  　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/ ALSTYN BENNETT
　　　　　　　　　　　　　　　　　　　　　ALSTYN BENNETT
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: January 10, 2025  　　　　　　　　　/s/ NOA E. OREN
　　　　　　　　　　　　　　　　　　　　　NOA E. OREN
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　RICHARD CLIFTON TURNER

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in this case previously scheduled for January 13, 2025, is continued to March 10, 2025 at 9:30 a.m. and the presentence report related dates proposed by the parties are adopted as this court's order.

IT IS SO ORDERED.

Dated:  **January 10, 2025**　　　　　　　　_/s/ Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE