1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  NOA E. OREN, #297100
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Telephone: 916-498-5700
   Fax: 916-498-5710**Error! Bookmark not defined.**
5
   Attorneys for Defendant
6  RICHARD TURNER

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
| UNITED STATES OF AMERICA, | Case No.  2:22-cr-00238-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE |
| vs. | |
| RICHARD TURNER, | DATE: March 10, 2025 |
| Defendant. | TIME:    9:30 a.m. |
| | JUDGE: Hon. Dale A. Drozd |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing scheduled for March 10, 2025, at 9:30 a.m. be continued to **May 5, 2025, at 9:30 a.m.**

   There is currently not a draft PSR in this case and an extended timeline is necessary to give counsel sufficient time to prepare for sentencing. It is therefore requested that the matter be continued to May 5, 2025, for sentencing and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Draft Pre-Sentence Report due: | March 24, 2025 |
| Informal Objections due: | April 7, 2025 |
| Final Pre-Sentence Report due: | April 14, 2025 |
| Formal Objections due: | April 21, 2025 |
| Reply/Sentencing Memo due: | April 28, 2025 |
| Judgment and Sentencing date: | May 5, 2025 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: February 28, 2025          */s/ Noa Oren*
                                  NOA OREN
                                  Assistant Federal Defender
                                  Attorneys for Defendant
                                  RICHARD TURNER


MICHELE BECKWITH
Acting United States Attorney

DATED: February 28, 2025          */s/ Alstyn Bennett*
                                  ALSTYN BENNETT
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

## **O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously set for March 10, 2025 is CONTINUED to **May 5 2025, at 9:30 a.m.** The modified presentence schedule proposed by the parties is further adopted as this Court's order.

IT IS SO ORDERED.

Dated: **February 28, 2025**                    _____
                                                DALE A. DROZD
                                                UNITED STATES DISTRICT JUDGE