1  MICHELE BECKWITH
   Acting United States Attorney
2  ADRIAN T. KINSELLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                          IN THE UNITED STATES DISTRICT COURT
9
                             EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           | CASE NO. 2:22-CR-00238-DAD
12 |                        Plaintiff,   | STIPULATION REGARDING VACATING
   |                                     | JUDGMENT AND SENTENCING AND
13 |              v.                     | RESETTING PSR SCHEDULE; FINDINGS AND
   |                                     | ORDER
14 | RICHARD CLIFTON TURNER,              |
                                         | DATE: May 5, 2025,
15 |                        Defendant.   | TIME: 9:30 a.m.
                                         | COURT: Hon. Dale A. Drozd
16

17                                  **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through his counsel of record, hereby stipulate as follows:

20      1.      By previous order, this matter was set for Judgment and Sentencing on May 5, 2025,.

21 ECF No. 38.

22      2.      The draft PSR was released on April 9, 2025. ECF No. 39.

23      3.      The parties now request to vacate the current sentencing date and reset it for June 9,

24 2025.

25      4.      The parties further request that the court reset the PSR schedule as follows:

26              Draft PSR:                      Released on April 9, 2025

27              Informal objections:            May 12, 2025

28              Final PSR:                      May 19, 2025

| | |
|---|---|
| Formal objections: | May 26, 2025 |
| Reply/Sentencing Memorandum: | June 2, 2025 |

IT IS SO STIPULATED.

Dated: April 14, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: April 14, 2025

/s/ NOA E. OREN
NOA E. OREN
Counsel for Defendant
RICHARD CLIFTON TURNER

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for May 5, 2025, is continued to June 9, 2025, at 9:30 a.m. and the presentence report related dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated:  **April 15, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE