MICHELE BECKWITH
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICHARD CLIFTON TURNER,

Defendant.

CASE NO. 2:22-CR-00238-DAD

STIPULATION REGARDING VACATING JUDGMENT AND SENTENCING AND RESETTING PSR SCHEDULE; FINDINGS AND ORDER

DATE: June 9, 2025
TIME: 9:30 a.m.
COURT: Hon. Dale A. Drozd

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Judgment and Sentencing on June 9, 2025. ECF No. 41.

2. The final PSR has not yet been released. Accordingly, after consultation with the assigned probation officer, the parties now request to vacate the current sentencing date and reset it for July 7, 2025.

3. The parties further request that the court reset the remaining PSR schedule as follows:

| | |
|---|---|
| Final PSR: | June 4, 2025 |
| Formal objections: | June 16, 2025 |
| Reply/Sentencing Memorandum: | June 30, 2025 |

IT IS SO STIPULATED.

Dated: June 3, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: June 3, 2025

/s/ NOA E. OREN
NOA E. OREN
Counsel for Defendant
RICHARD CLIFTON TURNER

**ORDER**

IT IS SO FOUND AND ORDERED this 4th day of June 2025.

SENIOR UNITED STATES DISTRICT JUDGE